# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00383-CV

## C. G., Appellant

### v.

## Texas Department of Family and Protective Services, Appellee

### FROM THE 428TH DISTRICT COURT OF HAYS COUNTY
### NO. 20-0720, THE HONORABLE WILLIAM R. HENRY, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant C.G. filed her notice of appeal on June 24, 2022. Her brief due was due August 8, 2022. Amanda J. Wilhelm, counsel for appellant, filed a motion for extension of time to file appellant's brief, seeking to extend the deadline from August 8 to August 28, 2022.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order Amanda J. Wilhelm to file appellant's brief no later than August 28, 2022. If the brief is not filed by that date, counsel may be required to show cause as to why she should not be held in contempt of court.

It is ordered on August 12, 2022.


Before Chief Justice Byrne, Justices Triana and Smith